AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Norma McDonald & Kevin McDonald

V.

M&T Credit Corporation and Tourbillo

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

[redacted] 05 121

TO: (Name and address of Defendant)

CT Corporation System, Registered Agent
M&T Credit Corporation
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/23/05

(By) DEPUTY CLERK

(3)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/31/05 |
|---|---|
| NAME OF SERVER (PRINT) Joseph Clarke | TITLE Constable L.C. #6028 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Linda Pearson CT Corporation System Reg. Agent for MFT Credit Corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/31/05
Date

[signature]
Signature of Server

24 Hansfield St., Prov., RI 02908
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 APR 12 A 10:46
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.