UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORMA MCDONALD and KEVIN MCDONALD, Plaintiffs, | : | |
| v. | : | C.A. No. 05-121S |
| TOURBILLON TRAILER SALES, INC. and M&T CREDIT CORPORATION, Defendants. | : | |

**ENTRY OF APPEARANCE**

We, Patricia A. Sullivan, Armando E. Batastini and Raymond M. Ripple, hereby enter our appearance on behalf of Defendant M&T Credit Corporation in the above-captioned matter.

M&T CREDIT CORPORATION

By their Attorneys,

Patricia A. Sullivan (#2120)
Armando E. Batastini (#6016)
Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

4

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 13th day of April, 2005, I caused a true copy of the within Entry of Appearance to be served by first class mail, postage prepaid, to the following counsel of record:

John T. Longo, Esq.
MACKIE & REILLY
681 Smith Street
Providence, RI 02908



PRV_724241_1/ABATASTINI