UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMA MCDONALD, ET AL.

Plaintiffs,

v.

C.A. No. 05-121S

TOURBILLON TRAILER SALES, INC.,
ET AL.

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 4/25/05

SCANNED

5