UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMA MCDONALD and
KEVIN MCDONALD,

Plaintiffs,

v.

TOURBILLON TRAILER SALES, INC.
and M&T CREDIT CORPORATION,

Defendants.

C.A. No. 05-121ML

FILED
APR 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STIPULATION

The undersigned parties hereby agree and stipulate that ~~Defendants Tourbillon Trailer Sales, Inc.~~ and M&T Credit Corporation shall have up to and including May 23, 2005 within which to answer or otherwise respond to the Plaintiffs' Complaint.

NORMA MCDONALD and
KEVIN MCDONALD

By their Attorney,

John T. Longo (#4928)
MACKIE & REILLY
681 Smith Street
Providence, RI 02908
(401) 272-2177
(401) 274-5433 (fax)

Dated: 4-14-05

~~TOURBILLON TRAILER SALES, INC. and M&T CREDIT CORPORATION~~ stet

By their Attorney,

Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: 4/18/05

Enter: Mary M. Lisi USDJ 5/3/05

PRV_723906_1/ABATASTINI

6