RDP:sf 5/10/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORMA McDONALD and<br>KEVIN McDONALD | : | |
| Plaintiffs, | : | C.A. No. 05-121 ML |
| vs. | : | |
| TOURBILLON TRAILER SALES, INC. and<br>M & T CREDIT CORPORATION | : | |
| Defendants. | : | |

TRIAL BY JURY

**ANSWER OF TOURBILLON TRAILER SALES, INC.**

1. This defendant denies the allegations of paragraph 1.

2. This defendant admits the allegations of paragraph 2.

3. This defendant admits the allegations of paragraph 3.

4. This defendant denies the allegations of paragraph 4.

5. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5.

6. This defendant denies the allegations of paragraph 6.

7. This defendant admits the allegations of paragraph 7 as they pertain to Tourbillon Trailer Sales, Inc. but is without knowledge or information sufficient to form a belief as to the truth



7

of the allegations as they are set forth against M & T Credit Corporation.

8. This defendant denies the allegations of paragraph 8.

9. This defendant admits the allegations of paragraph 9.

10. This defendant denies the allegations of paragraph 10.

11. This defendant admits the allegations of paragraph 11.

12. This defendant admits the allegations of paragraph 12.

13. This defendant admits the allegations of paragraph 13.

14. This defendant admits the allegations of paragraph 14.

15. This defendant admits the allegations of paragraph 15.

16. This defendant admits the allegations of paragraph 16.

17. This defendant admits the allegations of paragraph 17.

18. This defendant admits the allegations of paragraph 18.

19. This defendant denies the allegations of paragraph 19.

20. This defendant denies the allegations of paragraph 20.

21. This defendant denies the allegations of paragraph 21.

22. This defendant denies the allegations of paragraph 22.

23. This defendant denies the allegations of paragraph 23.

24. This defendant admits the allegations of paragraph 24.

25. This defendant admits the allegations of paragraph 25.

26. This defendant admits the allegations of paragraph 26.

27. This defendant admits the allegations of paragraph 27.

28. This defendant denies the allegations of paragraph 28.

29. This defendant denies the allegations of paragraph 29.

30. This defendant admits the allegations of paragraph 30.

31. This defendant admits the allegations of paragraph 31.

32. This defendant admits the allegations of paragraph 32.

33. This defendant admits the allegations of paragraph 33.

34. This defendant admits the allegations of paragraph 34.

35. This defendant admits the allegations of paragraph 35.

36. This defendant denies the allegations of paragraph 36.

37. This defendant denies the allegations of paragraph 37 and each sub part to paragraph 37.

38. This defendant denies the allegations of paragraph 38.

39. This defendant denies the allegations of paragraph 39.

40. This defendant denies the allegations of paragraph 40.

41. This defendant denies the allegations of paragraph 41.

42. This defendant denies the allegations of paragraph 42.

43. This defendant denies the allegations of paragraph 43.

44. This defendant makes the same response to paragraph 44 as was made to paragraphs 1 through 43.

45. This defendant denies the allegations of paragraph 45.

46. This defendant denies the allegations of paragraph 46.

47. This defendant denies the allegations of paragraph 47.

48. This defendant denies the allegations of paragraph 48.

49. This defendant denies the allegations of paragraph 49.

50. This defendant denies the allegations of paragraph 50.

51. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51.

52. This defendant denies the allegations of paragraph 52.

53. This defendant denies the allegations of paragraph 53.

54. This defendant denies the allegations of paragraph 54.

55. This defendant denies the allegations of paragraph 55.

56. This defendant admits the allegations of paragraph 56.

57. This defendant denies the allegations of paragraph 57.

58. This defendant admits the allegations of paragraph 58.

59. This defendant admits the allegations of paragraph 59.

60. This defendant denies the allegations of paragraph 60.

61. This defendant denies the allegations of paragraph 61.

62. This defendant denies the allegations of paragraph 62.

63. This defendant denies the allegations of paragraph 63.

64. This defendant denies the allegations of paragraph 64.

65. This defendant denies the allegations of paragraph 65.

66. This defendant denies the allegations of paragraph 66.

67. This defendant denies the allegations of paragraph 67.

68. This defendant denies the allegations of paragraph 68 and each sub part to paragraph 68.

69. This defendant denies the allegations of paragraph 69.

70. This defendant makes no reply to given paragraph as it is not directed to it, but rather to a co-defendant.

71. This defendant makes no reply to given paragraph as it is not directed to it, but rather to a co-defendant.

72. This defendant makes no reply to given paragraph as it is not directed to it, but rather to a co-defendant.

73. This defendant denies the allegations of paragraph 73.

74. This defendant makes the same response to paragraph 74 as was made to paragraphs 1 through 73.

75. This defendant denies the allegations of paragraph 75.

Tourbillon Trailer Sales, Inc.
By its attorneys,

Robert D. Parrillo

The Parrillo Law Firm
Robert D. Parrillo, Esq. (#0798)
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX

Defendant Tourbillon Trailer Sales, Inc. demands trial by jury.

Tourbillon Trailer Sales, Inc.
By its attorneys,

[signature]

The Parrillo Law Firm
Robert D. Parrillo, Esq. (#0798)
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX

**PROOF OF SERVICE**

I hereby certify that on this 10th day of May, 2005, I served the within Answer upon John T. Longo, Esquire, 681 Smith Street, Suite 201, Providence, RI 02908 by mailing a copy of same to him at his usual business address as set forth herein.

[signature]