UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMA MCDONALD, et al

CA 05-121ML

V.

TOURBILLON TRAILER SALES, INC., et al

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **Berry Mitchell** is appointed as neutral and a conference shall be held within thirty (30) days and a report shall be filed with the Court within two (2) weeks from the date of that conference.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Court Judge
June 16, 2005

Entered as an Order of this Court on June 16, 2005.

Barbara Barletta
Deputy Clerk