RDP:lrs 6/21/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMA McDONALD and
KEVIN McDONALD,
Plaintiffs,

vs. C.A. No. 05-121 ML

TOURBILLON TRAILER SALES, INC.
and M&T CREDIT CORPORATION,
Defendants.

## STIPULATION

The time within which Co-Defendant, Tourbillon Trailer Sales, Inc. may respond to Defendant, M&T Credit Corporation's discovery requests is hereby extended to and including July 25, 2005. Said answers shall be considered timely filed.

Armando E. Batastini, Esq. (#6016)
***Counsel for M&T Credit Corporation***
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 TEL.
(401) 276-6611 FAX

Robert D. Parrillo, Esq. (#0798)
***Counsel for Tourbillon Trailer Sales, Inc.***
THE PARRILLO LAW FIRM
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373 TEL.
(401) 273-2272 FAX

DATED: 6/22/05

Enter: Mary M. Lisi USDJ 6/29/05

**PROOF OF SERVICE**

I hereby certify that on this 28th day of June, 2005, I served the within Stipulation upon Armando E. Batastini, Esquire, EDWARDS & ANGELL, LLP, 2800 Financial Plaza, Providence, RI 02903 and John T. Longo, Esquire, MACKIE & REILLY, 681 Smith Street, Providence, RI 02908 by mailing a copy of same to them at their usual business addresses as set forth herein.

Lorraine R. Staelen