**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NORMA McDONALD and<br>KEVIN McDONALD,<br>Plaintiffs,<br>vs.<br><br>TOURBILLON TRAILER SALES, INC.<br>and M&T CREDIT CORPORATION,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-121 ML |

**ENTRY OF APPEARANCE**

Now comes Eric W. Nicastro, Esq. of The Parrillo Law Firm and hereby enters his appearance as co-counsel on behalf of defendant Tourbillon Trailer Sales, Inc.

Eric W. Nicastro, Esq. (#7115)
**The Parrillo Law Firm**
128 Dorrance Street
Suite 450
Providence, RI 02903
(401) 273-3373
(401) 273-2272 FAX

**PROOF OF SERVICE**

I hereby certify that on this 13th day of July, 2005, I served the within Entry of Appearance upon **Patricia A. Sullivan, Esq., Armando E. Batastini, Esq., Raymond M. Ripple, Esq.**, EDWARDS & ANGELL, LLP, 2800 Financial Plaza, Providence, RI 02903; and **John T. Longo, Esq.**, MACKIE & REILLY, 681 Smith Street, Providence, RI 02908 by mailing a copy of same to them at their usual business addresses as set forth herein.

Lorraine R. Staelens