UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMA MCDONALD and KEVIN MCDONALD,

Plaintiffs,

v.

TOURBILLON TRAILER SALES, INC. and M&T CREDIT CORPORATION,

Defendants.

C.A. No. 05-121ML

**DISMISSAL STIPULATION**

Plaintiffs Norma McDonald and Kevin McDonald, by and through the undersigned counsel, hereby stipulate that the within action against Defendant M&T Credit Corporation may be dismissed with prejudice, no costs to either party.

NORMA MCDONALD and
KEVIN MCDONALD

By their Attorney,

[signature]

John T. Longo (#4928)
MACKIE & REILLY
681 Smith Street
Providence, RI 02908
(401) 272-2177
(401) 274-5433 (fax)

Dated: 10-1-05

M&T CREDIT CORPORATION

By its Attorney,

[signature]

Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: 10-3-05

Enter:
Mary M. Lisi
USDJ 10/5/05

PRV_757947_1/ABATASTINI