RECEIVED
JAN 20 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMA McDONALD and
KEVIN McDONALD,

vs. C.A. No. 05-121ML

TOURBILLON TRAILER SALES, INC.
and M&T CREDIT CORPORATION

**DISMISSAL STIPULATION**

Plaintiffs' complaint is dismissed with prejudice. No interest or costs. Defendant M&T Credit Corporation's cross claim against co-defendant Tourbillon Trailer Sales, Inc. is dismissed with prejudice. No interest or costs.

Plaintiffs,
By their attorney,

John T. Longo, Esq. (#4928)
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
(401) 274-5433 FAX

Tourbillon Trailer Sales, Inc.,
By its attorneys,

Robert D. Parrillo, Esq. (#0798)
The Parrillo Law Firm
128 Dorrance Street
Suite 450
Providence, RI 02903
401 273-3373
401 273-2272 FAX

M&T Credit Corporations,
By its attorneys,

Patricia A. Sullivan, Esq. (#2120)
Armando E. Batastini, Esq. (#6016)
Raymond M. Ripple (#6489)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 FAX

Enter:
Mary M. Lisi
USDJ 1/20/06

DATED: 1/19/06